# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| PETER J. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 16-464C |
| v. | ) | |
| | ) | Filed September 9, 2016 |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DISMISSAL ORDER

On September 8, 2016, plaintiff filed a response to the Court's Order to Show Cause dated August 29, 2016, in which he requests that this case be dismissed without prejudice for lack of subject-matter jurisdiction.

In light of the foregoing, the Court **DISMISSES** this matter pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims.

The Clerk is directed to enter judgment accordingly.

Each party to bear its own costs.

**IT IS SO ORDERED.**

                                              s/ Lydia Kay Griggsby  
                                              LYDIA KAY GRIGGSBY  
                                              Judge